GEORGE J. HUBBARD, Respondent, *v.* WILLIAM H. NEARPASS et al., as Administrators, etc., Appellants.

(Argued January 13, 1890; decided January 28, 1890.

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 13, 1889, which affirmed an order of Special Term vacating an order for the examination of plaintiff as a witness before trial.

*Lewis E. Carr* for appellants.

*John W. Lyon* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of JAMES M. CLARK et al., to Appraise Damages Sustained, etc., Respondents, *v.* THE WATER COMMISSIONERS OF AMSTERDAM, Appellant.

(Argued January 13, 1890; decided January 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 7, 1889, which affirmed an order of Special Term confirming the report of commissioners of assessment herein.

*J. B. Perkins* for appellant.

*Robert J. Sanson* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.